**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Natalie Ann Oglesby<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–1898 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Western District of Virginia | Date case filed for chapter: | 7 10/30/26 |
| Case number: | 26–71180 | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**10/20**

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Natalie Ann Oglesby | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 131 Welsey Street<br>Bluefield, VA 24605 | |
| **4. Debtor's attorney**<br>Name and address | Heather Parsons<br>Giles & Lambert, P.C.<br>P.O. Box 2780<br>Roanoke, VA 24001 | Contact phone 540–981–9000<br>Email: hparsons@gileslambert.com |
| **5. Bankruptcy trustee**<br>Name and address | Amanda Dufraine (522845)<br>Amanda Dufraine, Chapter 7 Trustee<br>2350 Electric Rd.<br>Roanoke, VA 24018 | Contact phone 540–444–0123<br>Email: trustee@chaplaindufraine.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Roanoke Division<br>210 Church Ave, Room 200<br>Roanoke, VA 24011 | Hours open:<br>8:00 a.m. – 4:30 p.m.<br><br>Contact phone 540–857–2391<br><br>Date: 10/30/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 8, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br><br>**Zoom video meeting. Go to zoom.us/join, enter Meeting ID 701 970 4825, and Passcode 1468638276, OR call 1 (540) 510–8668**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc. |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 2/8/27 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Virginia

In re: Case No. 26-71180-pmb
Natalie Ann Oglesby Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-7 User: admin Page 1 of 3
Date Rcvd: Oct 30, 2026 Form ID: 309A Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalie Ann Oglesby, 131 Welsey Street, Bluefield, VA 24605-1144 |
| 5464408 | + | Anytime Fitness, 1155 N. 4th Street, Wytheville, VA 24382-1178 |
| 5464409 | + | Assetcare, PO Box 127, Sherman, TX 75091-0127 |
| 5464411 | + | Bland County Medical Clinic, 12301 Grapefield Road, Bastian, VA 24314-4547 |
| 5464412 | + | Blue Ridge Cancer Care, 2600 Research Center Drive, Suite A, Blacksburg, VA 24060-6325 |
| 5464413 | + | Bluefield Regional Medical Center, 500 Cherry Street, Bluefield, WV 24701-3390 |
| 5464414 | + | Brandon Mullins, 5664 Airport Road, Bluefield, WV 24701-7364 |
| 5464415 | + | Breast Specialist, 817 Davis Street, Suite 1, Blacksburg, VA 24060-7004 |
| 5464420 | + | Community Radiology, 2000 Leatherwood Lane, Bluefield, VA 24605-2020 |
| 5464422 | + | DCI Property Management, PO Box 590, Bluefield, WV 24701-0590 |
| 5464426 | + | Feuchtenberger & Barringer, PO Box 5409, Princeton, WV 24740-5409 |
| 5464428 | + | Getaways Resort Management, PO Box 93776, Las Vegas, NV 89193-3776 |
| 5464427 | + | Getaways Resort Management, dba Sapphire Resorts, PO Box 93776, Las Vegas, NV 89193-3776 |
| 5464431 | | LewisGale Hospital, PO Box 740405, Cincinnati, OH 45274-0405 |
| 5464432 | | LewisGale Physicians, PO Box 668, Brentwood, TN 37024-0668 |
| 5464441 | + | Olivia Bryant, 2699 Horton Road, Apt. C, Bluefield, WV 24701-5193 |
| 5464445 | + | Princeton Community Hospital, 122 12th Street Ext., Princeton, WV 24740-2352 |
| 5464444 | | Princeton Community Hospital, PO Box 1369, Princeton, WV 24740-1369 |
| 5464446 | + | Reynolds Oral & Maxillofacial Surge, 104 Vine Street, Princeton, WV 24740-3931 |
| 5464447 | | Schwab Retirement Plan Services, In, PO Box 2026, Omaha, NE 68103-2026 |
| 5464451 | | Tazwell County Treasurer, 101 Main Street, Tazewell, VA 24651 |
| 5464452 | + | Town of Bluefield Treasurer's Offic, 112 Huffard Drive, Bluefield, VA 24605-9209 |
| 5464453 | | WVU Medicine, PO Box 8031, Morgantown, WV 26506-8031 |
| 5464454 | + | Wythe Women's Center, 1787 W. Lee Highway, Wytheville, VA 24382-1437 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: hparsons@gileslambert.com | Oct 30 2026 23:12:00 | Heather Parsons, Giles & Lambert, P.C., P.O. Box 2780, Roanoke, VA 24001 |
| tr | + | Email/Text: trustee@chaplaindufraine.com | Oct 30 2026 23:12:00 | Amanda Dufraine (522845), Amanda Dufraine, Chapter 7 Trustee, 2350 Electric Rd., Roanoke, VA 24018-2309 |
| ust | + | Email/Text: ustpregion04.rn.ecf@usdoj.gov | Oct 30 2026 23:12:00 | USTrustee, Office of the United States Trustee, 210 First Street, Suite 505, Roanoke, VA 24011-1620 |
| 5464405 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 30 2026 23:14:59 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5464406 | ^ | MEBN | Oct 30 2026 22:58:42 | Alliance One, 512 Township Line Road, Suite |

| | | | | |
|---|---|---|---|---|
| | | | | 300, Blue Bell, PA 19422-2700 |
| 5464407 | + | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 23:15:12 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5464410 | | EDI: BANKAMER | Oct 31 2026 03:02:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 5464416 | + | EDI: CAPIO.COM | Oct 31 2026 03:02:00 | Capio Partners, 3400 Texoma Parkway, Suite 100, Sherman, TX 75090-1905 |
| 5464417 | + | EDI: CAPITALONE.COM | Oct 31 2026 03:02:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5464418 | + | EDI: CITICORP | Oct 31 2026 03:02:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5464419 | + | EDI: WFNNB.COM | Oct 31 2026 03:02:00 | Comenity/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5464421 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2026 23:15:13 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5464423 | + | Email/Text: edbknotices@ecmc.org | Oct 30 2026 23:12:00 | Department of Education, 400 Maryland Ave., SW, Washington, DC 20202-0008 |
| 5464424 | + | EDI: DISCOVER | Oct 31 2026 03:02:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5464425 | | Email/Text: edward.harman@wvumedicine.org | Oct 30 2026 23:12:00 | Edward Harman, Esq., Associate Collections Counsel, 1 Medical Center Drive, Box 8114, Morgantown, WV 26506-8114 |
| 5464429 | ^ | MEBN | Oct 30 2026 22:58:40 | Kingston Data & Credit, Attn: Bankruptcy, 1301 Seminole Blvd, Unit 166,, Largo, FL 33770-8118 |
| 5464430 | | Email/Text: govtaudits@labcorp.com | Oct 30 2026 23:12:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5464435 | | Email/Text: EBN@Mohela.com | Oct 30 2026 23:12:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5464433 | | EDI: PARALONMEDCREDT | Oct 31 2026 03:02:00 | Medicredit, PO Box 505598, Saint Louis, MO 63150-5598 |
| 5464437 | + | EDI: NFCU.COM | Oct 31 2026 03:02:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5464436 | + | Email/Text: Bankruptcies@nragroup.com | Oct 30 2026 23:12:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5464438 | + | EDI: NFCU.COM | Oct 31 2026 03:02:00 | Navy Fcu, Po Box 3700, Merrifield, VA 22119-3700 |
| 5464439 | + | EDI: NFCU.COM | Oct 31 2026 03:02:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 5464440 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 30 2026 23:12:00 | Nmac, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 5464442 | | Email/Text: OACSTEAM@na.firstsource.com | Oct 30 2026 23:12:00 | One Advantage LLC, 7650 Magna Drive, Belleville, IL 62223 |
| 5464443 | + | Email/Text: recovery@paypal.com | Oct 30 2026 23:12:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 5464448 | + | EDI: SYNC | Oct 31 2026 03:02:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5464449 | + | EDI: SYNC | Oct 31 2026 03:02:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5464450 | + | EDI: SYNC | Oct 31 2026 03:02:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5464434 | ##+ | Medstream Anesthesia, 76 Peachtree Road, #300, Asheville, NC 28803-3505 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters