Certificate Number: 16339-VAW-DE-041647823

Bankruptcy Case Number: 26-71180

16339-VAW-DE-041647823

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 6, 2026, at 1:28 o'clock PM EST, Natalie Oglesby completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Virginia.

Date: November 6, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor